**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NY 10013
Tel: (646) 763-1490
sabrinashroff@gmail.com

December 21, 2022

Via ECF

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

Re: United States v. Adony Almanzar Estrella, 22 Cr. 552 (JMF)

    With consent of pretrial services officer Ashley Cosme, I write to request temporary modification of the bail conditions in place so that Mr. Almanzar may spend Christmas eve, Christmas day, New Year's eve and New Year's day with his family at the home of his aunt. Should the Court grant this request, Mr. Almanzar will provide all the necessary details to Pre-Trial Services Officer Cosme. The government defers to pretrial on this request.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to Mr. Almanzar Estrella

SPS/mtf
cc: Ashley Cosme, United States Pretrial Services Officer

Application GRANTED. The Clerk of Court is directed to terminate Doc. #46.

So Ordered: _____
Hon. Jesse M. Furman
December 22, 2022