**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

January 3, 2023

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Adony Jasser Almonzar-Estrella*, 22Cr. 552 (JMF)

Dear Judge Furman,

Adony Almonzar seeks to modify one of his current conditions of release. At presentment, Mr. was released on home detention a condition not sought by either pretrial services or the defendant. With consent of Pretrial Services (USPSO Cosme) and the government, I write to request that the condition of home detention be changed to curfew with location monitoring with the hours to be set at the discretion of Pretrial Services. All other conditions of release would remain the same.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Adony Almonzar

Application GRANTED. The Clerk of Court is directed to terminate Doc. #52.

So Ordered: _____
Hon. Jesse M. Furman
January 3, 2023