**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

December 5, 2023

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Adony Jasser Almonzar-Estrella*, 22 Cr. 552 (JMF)

Dear Judge Furman,

With consent of Pretrial Services through Pretrial Service Officer Ms. Cosme, and with the government deferring to pre-trial, I write to request Adony Almonzar no longer be on location monitoring. All other conditions of bail and pretrial supervision would remain the same. Mr. Almonzar-Estrella is compliant with his conditions of release.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Adony Almonzar

Application GRANTED. The Clerk of Court is directed to terminate Doc. #113.

So Ordered.

Hon. Jesse M. Furman
December 6, 2023