**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

March 18, 2024

> Application GRANTED. The change-of-plea hearing will be held on March 20, 2024 at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #131. SO ORDERED.
>
> *[signature]*
>
> March 18, 2024

VIA ECF & EMAIL

Hon. Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10004

Re: *United States v. Adony Jasser Estrella*, S1 22-CR-552 (JMF)

Your Honor:

I write on behalf of Adony Jasser Estrella. He intends to enter a guilty plea to the indictment. Pretrial motions are due on March 19, 2024, at noon. Because defense counsel needs to schedule a plea for a date after noon on March 19, 2024, I ask the Court to hold in abeyance (until end of day Wednesday, March 20, 2024, the pretrial motions schedule so that the plea may proceed without motions being filed.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Sabrina P. Shroff  
Counsel to Adony Jasser Estrella