**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

May 13, 2024

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Adony Jasser Almonzar-Estrella*, 22 Cr. 552 (JMF)

Dear Judge Furman,

With consent of the government, I write to request an adjournment of the July 17, 2024, sentencing date (and the date for Probation's disclosure of the presentence report). This is the first request for an adjournment. I need additional time (45 days) to prepare Mr. Almonzar-Estrella for his PSR interview and sentencing.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Adony Almonzar-Estrella

Application GRANTED. Sentencing is hereby ADJOURNED to September 5, 2024, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #142

So Ordered: _____
Hon. Jesse M. Furman
May 13, 2024