UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA          :
          :
      -v-          :      22-CR-552-5 (JMF)
          :
ADONY JASSER ALMANZAR ESTRELLA,          :      ORDER
          :
      Defendant.          :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 11, 2025, Defendant filed a "MOTION FOR RETURN OF PROPERTY." *See* ECF No. 190. The Government shall file any opposition to the motion by **June 18, 2025**. No reply may be filed without prior leave of Court.

      The Clerk of Court is directed to mail this Order to:

> ADONY JASSER ALMANZAR ESTRELLA
> Register No. 33624-510
> FCI Allenwood Low
> Federal Correctional Institution
> P.O. BOX 1000
> White Deer, PA  17887

      SO ORDERED.

Dated: June 13, 2025
      New York, New York

                                  _____
                                  JESSE M. FURMAN
                                  United States District Judge